**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTER DIVISION**

This is to certify that a copy of the Trustee's Final Report has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on: 8/29/2012     By /s/Heather M. Fagan